## No. 10,938.

GEORGE NICHOLSON AND WIFE vs. CITY OF NEW ORLEANS ET AL.
The case is identical in questions presented with No. 10,939 just decided.

APPEAL from the Civil District Court for the Parish of Orleans. *Monroe, J.*

Same counsel as in preceding case.

The opinion of the court was delivered by

FENNER, J. The questions involved in this case are identical with those just decided in case of same plaintiffs vs. Parker, No. 10,939, and for the reasons there given, judgment affirmed.